■ In the Matter of CHARLES DOBSON, Appellant. 263 RESTAURANT CORPORATION, Respondent.

During the oral argument of the instant matter, and subsequently in writing, respondent agreed that the order being appealed herein should be reversed. Consequently, petitioner's application for dissolution of the subject corporation is granted on consent and on the merits. Concur—Asch, J. P., Fein, Milonas, Rosenberger and Wallach, JJ.

■ CREDIT EXCHANGE, INC. v 461 EIGHTH AVENUE ASSOCIATES

Concur—Murphy, P. J., Carro, Lynch, Rosenberger and Wallach, JJ.